UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WILLIAMS,<br><br>      Plaintiff,<br><br>   v.<br><br>EQUIFAX CREDIT BUREAU, et al.,<br><br>      Defendants. | Case No. 20-cv-04870-TSH<br><br>**ORDER TO SHOW CAUSE** |

On September 25, 2020, the Court engaged in a preliminary screening of Plaintiff Jacqueline Williams' Second Amended Complaint and directed the Clerk of Court to issue summons and for the U.S. Marshal to serve Defendants. ECF No. 10. However, the Marshal was unable to complete service using the addresses Williams provided (*see* ECF No. 13), and on November 17 the Court directed her to provide the Clerk of Court with the correct addresses by November 30. ECF No. 16. As of today, no response has been received, and Williams has made no appearance in this case since filing her amended complaint on September 18.

Accordingly, the Court **ORDERS** Williams to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Williams shall file a declaration by December 28, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Williams does not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above. The December 10, 2020 case management conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 3, 2020

                                                          THOMAS S. HIXSON<br>
                                                          United States Magistrate Judge